# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY, | * * | |
| Plaintiff | * * | |
| v. | * * | Case No.: 2:18-cv-01197-KOB |
| THE BREAK I, INC., D/B/A THE BREAK RESTAURANT & BILLIARDS, INC. and AMANDA BEASLEY, | * * * * | |
| Defendants. | * | |

## PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST DEFENDANT THE BREAK I, INC.

Pursuant to *Fed. R. Civ. P.* Rule 12(c), plaintiff Evanston Insurance Company moves for judgment on the pleadings against The Break I, Inc. in this declaratory judgment action. As stated in its contemporaneously-filed brief, Evanston is entitled to judgment against The Break, Inc. because (1) The Break failed to comply with the notice provisions of the applicable insurance policy with respect to Amanda Beasley's lawsuit and (2) the assault and battery exclusion in the insurance policy precludes any duty by Evanston to defend or indemnify The Break, Inc. against Ms. Beasley's lawsuit.

Respectfully submitted,

**/s/ Scott Hetrick**
R. Scott Hetrick (HETRR5277)
scott.hetrick@arlaw.com

        Jannea S. Rogers (ROGEJ7403)
        jannea.rogers@arlaw.com
        ADAMS AND REESE LLP
        11 N. Water Street, Suite 23200
        Mobile, AL 36602
        P.O. Box 1348, Mobile, AL 36633
        Phone: (251) 433-3234
        Fax: (251) 438-7733
        Attorneys for Evanston Insurance Company

## CERTIFICATE OF SERVICE

I certify that this 9th day of January, 2019, I served a copy of the foregoing on counsel for The Break I, Inc. through the CM/ECF electronic filing system and further certify I served a copy of the foregoing on Amanda Beasley by first class United States mail, postage prepaid, properly addressed to:

Amanda Beasley
4559 Spearman Road
Pinson, Alabama 35126

                /s/ *Scott Hetrick*