# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| EVANSTON INSURANCE COMPANY,     Plaintiff | * * * * | |
| v. | * * | Case No.: 2:18-cv-01197-KOB |
| THE BREAK I, INC., D/B/A THE BREAK RESTAURANT & BILLIARDS, INC. and AMANDA BEASLEY,     Defendants. | * * * * * | |

## JOINT MOTION TO POSTPONE PARTIES' PLANNING MEETING CONFERENCE AND REPORT OBLIGATION

Plaintiff Evanston Insurance Company and Defendant The Break I, Inc., d/b/a The Break Restaurant & Billiards, Inc., by and through undersigned counsel, hereby move the Court to postpone the conference set for Thursday, January 17, 2019, per this Court's order [Doc.13], and to postpone the parties' obligation to meet and prepare the report until after this Court rules on Evanston's two pending motions for default judgment against Amanda Beasley [Doc.15] and for judgment on the pleadings against The Break [Doc.17]. As grounds, the parties state:

1. Evanston seeks a declaratory judgment in this action that it owes no defense or coverage obligations to The Break with respect to Amanda Beasley's state court lawsuit against The Break.

2. During the first 120 days after filing the Complaint, Evanston experienced delays in locating Ms. Beasley for service of process and successfully served her on November 30, 2018. [Docs.7 to 12] Counsel for the parties initially delayed in holding the planning meeting while waiting to determine whether counsel for Ms. Beasley would appear in the case.

3. But Ms. Beasley failed to respond to the lawsuit in a timely manner, and Evanston obtained a default against her. [Docs.12, 14]

4. Evanston has now filed motions against both defendants which seek a legal ruling on the coverage and defense issues based solely on the pleadings. [Docs.15, 17]

5. If these motions are granted, there would be no need for discovery or any additional case planning or scheduling, thereby mooting the parties' Rule 26(f) planning meeting responsibilities.

6. Pursuant to *FRCP Rule 1*, and in the interest of judicial economy, the parties request the Court to postpone the January 17th conference as well as the planning meeting obligation until after the Court rules on the pending motions.

7. Undersigned counsel for The Break consents to counsel for Evanston filing this joint motion.

                                          /s/ *Scott Hetrick*
                                          R. Scott Hetrick (HETRR5277)

scott.hetrick@arlaw.com

Jannea S. Rogers (ROGEJ7403)
jannea.rogers@arlaw.com
ADAMS AND REESE LLP
11 N. Water Street, Suite 23200
Mobile, AL 36602
P.O. Box 1348, Mobile, AL 36633
Phone: (251) 433-3234
Fax: (251) 438-7733
Attorneys for Evanston Insurance Company

*/s/ J. Allston Macon, III*
J. Allston Macon, III (asb-9200-s64m)
jamacon7483@gmail.com

Joseph C. Somma (asb-)
jcs@jcspc.com
Somma & Macon, P.C.
2084 Valleydale Road
Birmingham, Alabama 35244
P: (205) 379-1414
F: (205) 379-1419
Attorneys for Defendant The Break I, Inc., d/b/a The Break Restaurant & Billiards, Inc.

## CERTIFICATE OF SERVICE

I certify that this 14th day of January, 2019, I served a copy of the foregoing on counsel for The Break I, Inc. through the CM/ECF electronic filing system and further certify I served a copy of the foregoing on Amanda Beasley by first class United States mail, postage prepaid, properly addressed to:

Amanda Beasley
4559 Spearman Road
Pinson, Alabama 35126

/s/ **Scott Hetrick**