# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVANSTON INSURANCE COMPANY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:18-CV-01197-KOB |
| **THE BREAK I, INC., D/B/A THE BREAK RESTAURANT & BILLIARDS, INC. and AMANDA BEASLEY,** | ) |
| **Defendants.** | ) |

## ORDER

This matter comes before the court on Defendant The Break I, Inc., d/b/a The Break Restaurant & Billiards, Inc. and Plaintiff Evanston Insurance Company's "Joint Motion to Postpone Parties' Planning Meeting Conference and Report Obligation." (Doc. 19). The parties seek to postpone their obligation to hold a parties' planning meeting until the court has ruled on two pending motions, "Plaintiff's Motion for Default Judgment Against Defendant Amanda Beasley," (doc. 15), and "Plaintiff's Motion for Judgment on the Pleadings Against Defendant The Break I, Inc.," (doc. 17).

Therefore, the court GRANTS the parties' motion to postpone the parties' planning meeting conference and report obligations. The report of the parties' planning meeting is now due **on or before March 16, 2019**.

**DONE** and **ORDERED** this 15th day of January, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE

1