# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BREAK I, INC., D/B/A THE )<br>BREAK RESTAURANT & BILLIARDS, )<br>INC. and AMANDA BEASLEY, )<br>)<br>Defendants. ) | Case No. 2:18-CV-01197-KOB |

## ORDER SETTING BRIEFING SCHEDULE

This case is before the court on "Plaintiff's Motion for Judgment on the Pleadings Against Defendant The Break I, Inc." (Doc. 17). Defendant The Break I, Inc.'s response to the motion will be due **on or before February 6, 2019**. Any reply brief, if necessary, will be due **on or before February 20, 2019**.

All submissions should comply, *as much as practicable*, with the page limit and similar requirements found in "Appendix II" available on the court's website at www.alnd.uscourts.gov under the court information for Judge Bowdre. Although the court realizes "Appendix II" deals with summary judgment motion, many of the requirements are applicable to other motions as well.

**DONE** and **ORDERED** this 16th day of January, 2019.

_Karon O. Bowdre_
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE