FILED

2019 Jul-09  AM 09:21
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **EVANSTON INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:18-CV-01197-KOB** |
| | ) | |
| **THE BREAK I, INC., d/b/a THE BREAK** | ) | |
| **RESTAURANT & BILLIARDS, INC., and** | ) | |
| **AMANDA BEASLEY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter comes before the court on "Plaintiff's Motion for Judgment on the Pleadings

Against Defendant The Break I, Inc." (Doc. 17).

As explained in the Memorandum Opinion filed with this Order, the court GRANTS

Evanston's motion for judgment on the pleadings against The Break, (doc. 17), and ENTERS

JUDGMENT in favor of Evanston against The Break.

**DONE** and **ORDERED** this 9th day of July, 2019.

_Karon O. Bowdre_

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE